IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:10-CR-311-1H

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| ) | |
| JERVIS RICKY DAVIS, ) | |
| Defendant. ) | |

Pursuant to the Fourth Circuit's mandate issued on May 23, 2013, the clerk is directed to amend this court's January 11, 2012 judgment to strike the restitution ordered by the court.

This 5th day of September 2013.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, N.C.
#31