UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jervis Ricky Davis**                                                          **Docket No. 5:10-CR-311-1H**

### Petition for Action on Supervised Release

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jervis Ricky Davis, who, upon an earlier plea of guilty to Possession of a Stolen Firearm, 18 U.S.C. §§ 922(j) and 924, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on January 11, 2012, to the custody of the Bureau of Prisons for a term of 96 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years. Pursuant to 18 U.S.C. §§ 3742(f)(1) and (2), an Amended Judgment was filed on September 9, 2013, striking the requirement that the defendant pay restitution in the amount of $685.

Jervis Ricky Davis was released from custody on December 1, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On December 19, 2017, the defendant tested positive for marijuana use, and the results were confirmed by Alere Laboratory on December 26, 2017. When confronted, the defendant acknowledged the results of the drug test and signed an admission of drug use form. The defendant received a verbal reprimand and was counseled about his actions. Davis has been referred for substance abuse treatment at Straight Walk Family Services in Rocky Mount, North Carolina, and he will undergo increased drug testing as a part of the Surprise Urinalysis Program. As a sanction for this conduct, we also recommend he participate in the DROPS Program. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days; The defendant shall begin the DROPS Program in the second use level.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Taron N. Seburn<br>Taron N. Seburn<br>U.S. Probation Officer<br>201 South Evans Street, Rm 214<br>Greenville, NC 27858-1137<br>Phone: 252-830-2335<br>Executed On: February 2, 2018 |

### ORDER OF THE COURT

Considered and ordered this 5th day of February 2018, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge